UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ELVIRA VASQUEZ AKA
ELVIRA LOPEZ

        CASE NO. 11-01759-KSJ
        CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR,
U. S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY**

This case came on for consideration of the Motion for Relief from the Automatic Stay filed by Movant, U. S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, on March 30, 2011, Docket No. 11. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved, and

2. The Order Granting Relief from the Automatic Stay is hereby entered for the sole purpose of allowing Movant to pursue *in rem* relief against the real property described as:

**LOT 24A, UNIT TWO THE VILLAGE AT CURRY FORD WOODS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 21, PAGES 77-79 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

**a/k/a 7949 MERRIMAC COVE DRIVE, ORLANDO, FL 32822**

or permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. The fourteen (14) day stay of the Order Granting Motion to Terminate or Modify Automatic Stay pursuant to Bankruptcy Rule 4001(a)(3) is in effect and this Order shall not be of any force or effect until 14 days following the date of entry by this Court.

4. That the mortgage indebtedness that shall run with the property shall be increased to include $500.00 for attorney`s fees and costs incurred.

DONE and ORDERED in Orlando, Florida, this 29th day of April, 2011

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

ELVIRA VASQUEZ
7949 MERRIMAC COVE DRIVE
ORLANDO, FL 32822

LUIS F VEGA ALICEA
LUIS F VEGA ALICEA PA
874 TOWNE CENTER DRIVE
KISSIMMEE, FL 34759

DENNIS D KENNEDY
P.O. BOX 541848
KISSIMMEE, FL 34741

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD., #620
ORLANDO, FL 32801